IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNDA L. IZEMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07cv731-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER ON MOTION

Pending before the Court is Plaintiff's Motion for an Extension of Time (Doc. #12). In the Motion, Plaintiff seeks a twenty day extension of time in which to file her brief in support that is currently due on or before forty days of filing of the answer. On 19 November 2007, Defendant filed their Answer (Doc. #11), making Plaintiff's brief due on or before 29 December 2007.[1]  Upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #12) is GRANTED.  Plaintiff has until on or before 18 January 2008, to file her brief in support.

DONE this 21st day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The forty day period ends on Saturday the 29th of December, thus the brief would actually be due on the next business day, which is 2 January 2008.