IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA L. IZEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv731-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's second Motion for an Extension of Time (Doc. #14). Plaintiff requests the Court grant her a ten day extension in which to file her brief, which she says is currently due on or before 11 January 2008, making her brief due on or before 21 January 2008. The Court notes that on 21 December 2007, it granted Plaintiff an extension to file her brief (Doc. #13), making the brief due on or before 18 January 2008. The Commissioner has no objection to the granting of this Motion. Therefore, upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #14) is GRANTED. Plaintiff has until **on or before 21 January 2008**, to file her brief in support. The Court will not grant any further motions for extension of time filed by Plaintiff.

DONE this 14th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE