IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA L. IZEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv731-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Motion for Extension of Time (Doc.

#17), it is

ORDERED that the Motion (Doc. #17) is GRANTED.  Commissioner has until **on**

**or before 24 March 2008** to file his brief.

Done this 22nd day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE